IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-640 T
(Judge Firestone)

---

ALEX W. AND ANN CHERBANAEFF,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

**DECLARATION OF JOSEPH B. SYVERSON**

---

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 1.** Certificate of Assessments, Payments, and Other Specified Matters

(Form 4340) for plaintiffs' tax year 1985.

**Exhibit 2.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1986.

**Exhibit 3.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1987.

**Exhibit 4.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1988.

**Exhibit 5.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1989.

**Exhibit 6.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1991.

**Exhibit 7.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1992.

**Exhibit 8.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1993.

**Exhibit 9.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1996.

**Exhibit 10.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1997.

**Exhibit 11.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1998.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 12, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508