

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   Oct. 16, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▮▮▮ and Spouses SSN: ▮▮▮7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1985, consisting of ten pages —————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

EXHIBIT 1

Catalog Number 19002E                                Form **2866** (Rev. 09-1997)

Ex. 1 pg. 1

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                    EIN/SSN:  ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1985
                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                  2,623.00

            TAXABLE INCOME
                 10,336.00

            SELF EMPLOYMENT TAX
                  5,325.00

10-16-1986  RETURN FILED & TAX ASSESSED                    4,673.00      11-17-1986
            89221-291-13428-6   198645

            LATE FILING PENALTY              1,051.43                    11-17-1986
            19864508

            FAILURE TO PAY TAX                 186.92                    11-17-1986
            PENALTY
            19864508

            INTEREST ASSESSED                  325.69                    11-17-1986
            19864508

03-15-1985  BANKRUPTCY SUIT PENDING

            LATE FILING PENALTY                327.00                    08-08-1988
            19883008

            ADDITIONAL TAX ASSESSED            841.00                    08-08-1988
            89254-178-65722-8   19883008

12-29-1988  BANKRUPTCY SUIT NO
            LONGER PENDING

01-18-1989  BANKRUPTCY SUIT PENDING

01-18-1989  BANKRUPTCY SUIT PENDING

03-28-1990  SUBSEQUENT PAYMENT                             7,312.06
            UNDESIGNATED BANKRUPTCY

FORM 4340  (REV. 01-2002)                      [PAGE   1]
```

Ex. 1 pg. 2

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:  ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1985

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

03-29-1995   LEGAL/BANKRUPTCY SUIT NO
             LONGER PENDING

11-22-1995   BANKRUPTCY SUIT PENDING

04-12-1999   LEGAL/BANKRUPTCY SUIT NO
             LONGER PENDING

08-27-1999   FEDERAL TAX LIEN

09-27-1999   FEES AND COLLECTION COSTS                     28.00

11-09-1999   OFFER IN COMPROMISE
             PENDING

05-02-2002   OFFER IN COMPROMISE
             REJECTED

05-27-2002   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

06-10-2002   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

06-03-2002   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

FORM 4340  (REV. 01-2002)                        [PAGE    2]
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                       EIN/SSN:   
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1985

                                         ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT        DATE (23C,
                                         (REVERSAL)        (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

08-20-2002  RECEIVED POA/TIA

09-23-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-12-2003  REMOVED POA/TIA

02-09-2004  RECEIVED POA/TIA

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)                        PAGE    3
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                            EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1985

                                        ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT         DATE (23C,
                                        (REVERSAL)        (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------
05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-16-2004 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

08-23-2004 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

08-06-2004 OFFER IN COMPROMISE
           PENDING

08-30-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340   (REV. 01-2002)                         PAGE    4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1985

                                        ASSESSMENT,      PAYMENT,        ASSESSMENT
DATE          EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT          DATE (23C,
                                        (REVERSAL)       (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------

09-24-2004 FEDERAL TAX LIEN

10-18-2004 FEES AND COLLECTION COSTS                      20.00

02-04-2005 OFFER IN COMPROMISE
           WITHDRAWN

03-07-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-14-2005 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

04-18-2005 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-18-2005 PENDING INSTALLMENT
           AGREEMENT

07-26-2005 SUBSEQUENT PAYMENT                             25.00
           MISCELLANEOUS PAYMENT

09-19-2005 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                    [PAGE    5]
```

Ex. 1 pg. 6

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1985

                                     ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                     (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

11-09-2005  REVERSES PENDING
            INSTALLMENT AGREEMENT

02-06-2006  UPDATED POA/TIA

03-20-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

FORM 4340   (REV. 01-2002)                    [PAGE    6]
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1985

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------

04-24-2006  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

05-29-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-12-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

07-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

07-03-2006  SUBSEQUENT PAYMENT                                187.05

            FAILURE TO PAY TAX                71.07                       07-24-2006
            PENALTY
            20062808

08-03-2006  SUBSEQUENT PAYMENT                                187.05

            FAILURE TO PAY TAX               187.05                       08-21-2006
            PENALTY
            20063208

FORM 4340  (REV. 01-2002)                    [PAGE   7]
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                              EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1985

                                            ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION     OTHER DEBITS     CREDIT         DATE (23C,
                                            (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
09-01-2006   SUBSEQUENT PAYMENT                              187.05

             FAILURE TO PAY TAX             187.05                          09-25-2006
             PENALTY
             20063708

10-03-2006   SUBSEQUENT PAYMENT                              187.05

             FAILURE TO PAY TAX             187.05                          10-23-2006
             PENALTY
             20064108

11-17-1986   Statutory Notice of Balance Due

12-22-1986   Notice of Balance Due

01-26-1987   Notice of Balance Due

03-02-1987   Notice of Balance Due

04-06-1987   Statutory Notice of Intent to Levy

06-12-1989   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                        PAGE    8
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1985

                                          ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                          (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------
10-02-1995  Statutory Notice of Intent to Levy

06-07-1999  Statutory Notice of Intent to Levy

05-20-2002  Statutory Notice of Intent to Levy

02-28-2005  Statutory Notice of Intent to Levy

04-10-2006  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)              PAGE    9
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                        EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1985
-------------------------------------------------------------------------------


BALANCE         0.00

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/16/2006

FORM 4340  (REV. 01-2002)                         PAGE    10
```