

# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: Oct. 16, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▇▇▇▇▇▇ and Spouses SSN: ▇▇▇-▇▇-7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1986, consisting of nine pages — under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 2**

Catalog Number 19002E                        Form **2866** (Rev. 09-1997)

Ex. 2 pg. 1

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                           EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986
                                           ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION     OTHER DEBITS    CREDIT       DATE (23C,
                                           (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                   53,252.00

           TAXABLE INCOME
                   48,242.00

           SELF EMPLOYMENT TAX
                    5,166.00

10-16-1987 RETURN FILED & TAX ASSESSED                     9,518.00    11-16-1987
           89221-290-11918-7   198744

04-15-1987 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1987

08-07-1987 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-1987

           ESTIMATED TAX PENALTY                             104.00    11-16-1987
           19874408

           FAILURE TO PAY TAX                                380.72    11-16-1987
           PENALTY
           19874408

           INTEREST ASSESSED                                 531.06    11-16-1987
           19874408

01-18-1989 BANKRUPTCY SUIT PENDING

12-13-1988 BANKRUPTCY SUIT NO
           LONGER PENDING

01-18-1989 BANKRUPTCY SUIT PENDING

01-18-1989 BANKRUPTCY SUIT PENDING

03-28-1990 SUBSEQUENT PAYMENT                                          1,410.14
           UNDESIGNATED BANKRUPTCY

FORM 4340   (REV. 01-2002)                     [PAGE    1]
```

Ex. 2 pg. 2

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
   -------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN:  
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1986

                                          ASSESSMENT,      PAYMENT,       ASSESSMENT
   DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                          (REVERSAL)       (REVERSAL)     RAC 006 )
   ----------------------------------------------------------------------------------

03-18-1991  SUBSEQUENT PAYMENT                              9,943.98
            UNDESIGNATED BANKRUPTCY

            FAILURE TO PAY TAX                                820.34      04-08-1991
            PENALTY
            19911308

03-29-1995  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

10-02-1995  FAILURE TO PAY TAX                                154.08-
            PENALTY ABATED

            INTEREST ASSESSED                                 154.08      10-02-1995
            19953808

11-22-1995  BANKRUPTCY SUIT PENDING

04-12-1999  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

08-27-1999  FEDERAL TAX LIEN

11-09-1999  OFFER IN COMPROMISE
            PENDING

05-02-2002  OFFER IN COMPROMISE
            REJECTED

FORM 4340   (REV. 01-2002)                          PAGE    2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                          EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1986


                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

05-27-2002  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-10-2002  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

06-03-2002  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

08-20-2002  RECEIVED POA/TIA

09-23-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-12-2003  REMOVED POA/TIA

02-09-2004  RECEIVED POA/TIA

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                            PAGE    3
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                              EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986

                                           ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION     OTHER DEBITS     CREDIT        DATE (23C,
                                           (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------------

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-16-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

FORM 4340   (REV. 01-2002)                              [PAGE    4]
```

Ex. 2 pg. 5

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:   


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1986


                                      ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                      (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
08-23-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

08-06-2004  OFFER IN COMPROMISE
            PENDING

08-30-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-24-2004  FEDERAL TAX LIEN

02-04-2005  OFFER IN COMPROMISE
            WITHDRAWN

03-07-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

04-18-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                          PAGE    5
```

Ex. 2 pg. 6

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                           EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986

                                      ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT       DATE (23C,
                                      (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

05-18-2005  PENDING INSTALLMENT
            AGREEMENT

09-19-2005  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

11-09-2005  REVERSES PENDING
            INSTALLMENT AGREEMENT

02-06-2006  UPDATED POA/TIA

03-20-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

FORM 4340   (REV. 01-2002)                          [PAGE     6]
```

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                       EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


                                       ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)      (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

07-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

07-03-2006  SUBSEQUENT PAYMENT                                86.10

            INTEREST ASSESSED                    86.10                 07-24-2006
            20062808

03-12-2006  COLLECTION DUE PROCESS
            EQUIVALENT HEARING
            REQUEST RECEIVED

08-03-2006  SUBSEQUENT PAYMENT                                86.10

            INTEREST ASSESSED                    86.10                 08-21-2006
            20063208

09-01-2006  SUBSEQUENT PAYMENT                                86.10

FORM 4340  (REV. 01-2002)              [PAGE    7]
```

Ex. 2 pg. 8

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                           EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
           INTEREST ASSESSED                             86.10          09-25-2006
           20063708

10-03-2006 SUBSEQUENT PAYMENT                                     86.10

           INTEREST ASSESSED                             86.10          10-23-2006
           20064108

11-16-1987 Statutory Notice of Balance Due

06-12-1989 Statutory Notice of Intent to Levy

10-02-1995 Statutory Notice of Intent to Levy

06-07-1999 Statutory Notice of Intent to Levy

05-20-2002 Statutory Notice of Intent to Levy

02-28-2005 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                        PAGE    8
```

Ex. 2 pg. 9

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                       EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1986
------------------------------------------------------------------------------


BALANCE              0.00

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake

PRINT NAME:         Linda L. Drake

TITLE:              Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/16/2006

FORM 4340  (REV. 01-2002)                          PAGE   9
```

Ex. 2 pg. 10