

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   Oct. 16, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▮ and Spouses SSN: ▮7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1987, consisting of nine pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 3**

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

Ex. 3 pg. 1

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1987
                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                        (REVERSAL)     (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  123,389.00

            TAXABLE INCOME
                  115,298.00

            SELF EMPLOYMENT TAX
                    5,387.00

10-19-1988  RETURN FILED & TAX ASSESSED    39,717.00                11-21-1988
            89221-296-91819-8  198845

04-15-1988  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-1988

08-30-1988  EXTENSION OF TIME TO FILE
            EXT. DATE   10-15-1988

            ESTIMATED TAX PENALTY             260.00                11-21-1988
            19884508

            FAILURE TO PAY TAX              1,588.68                11-21-1988
            PENALTY
            19884508

            INTEREST ASSESSED               2,520.17                11-21-1988
            19884508

01-18-1989  BANKRUPTCY SUIT PENDING

12-13-1988  BANKRUPTCY SUIT NO
            LONGER PENDING

01-18-1989  BANKRUPTCY SUIT PENDING

01-18-1989  BANKRUPTCY SUIT PENDING

03-18-1991  SUBSEQUENT PAYMENT                           8,562.13
            UNDESIGNATED BANKRUPTCY

FORM 4340   (REV. 01-2002)                     [ PAGE    1 ]
```

Ex. 3 pg. 2

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1987

                                       ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE           EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                       (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
09-23-1992  SUBSEQUENT PAYMENT                                21,857.16
            UNDESIGNATED BANKRUPTCY

01-12-1995  SUBSEQUENT PAYMENT                                 4,708.64
            UNDESIGNATED BANKRUPTCY

03-29-1995  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

11-22-1995  BANKRUPTCY SUIT PENDING

04-12-1999  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

08-27-1999  FEDERAL TAX LIEN

11-09-1999  OFFER IN COMPROMISE
            PENDING

05-02-2002  OFFER IN COMPROMISE
            REJECTED

05-27-2002  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-10-2002  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

FORM 4340   (REV. 01-2002)                         [PAGE    2]
```

Ex. 3 pg. 3

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1987

                                      ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                      (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------
06-03-2002  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

08-20-2002  RECEIVED POA/TIA

09-23-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-12-2003  REMOVED POA/TIA

02-09-2004  RECEIVED POA/TIA

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340   (REV. 01-2002)                       PAGE    3
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC 1987

                                         ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT       DATE (23C,
                                          (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
05-20-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

05-20-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

06-28-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-05-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-16-2004   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

08-23-2004   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

08-06-2004   OFFER IN COMPROMISE
             PENDING

FORM 4340   (REV. 01-2002)                         [PAGE    4]
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1987

                                       ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT      DATE (23C,
                                        (REVERSAL)     (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
08-30-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-24-2004  FEDERAL TAX LIEN

02-04-2005  OFFER IN COMPROMISE
            WITHDRAWN

03-07-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

04-18-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-18-2005  PENDING INSTALLMENT
            AGREEMENT

09-19-2005  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

11-09-2005  REVERSES PENDING
            INSTALLMENT AGREEMENT

FORM 4340  (REV. 01-2002)                           PAGE    5
```



```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN:   █████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1987

                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                    (REVERSAL)       (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------
02-06-2006  UPDATED POA/TIA

03-20-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-24-2006  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340  (REV. 01-2002)                    [PAGE    6]
```

Ex. 3 pg. 7

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                         EIN/SSN:
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1987

                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT       DATE (23C,
                                         (REVERSAL)     (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------------
05-29-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-12-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

03-12-2006  COLLECTION DUE PROCESS
            EQUIVALENT HEARING
            REQUEST RECEIVED

11-21-1988  Statutory Notice of Balance Due

06-12-1989  Statutory Notice of Intent to Levy

10-02-1995  Statutory Notice of Intent to Levy

06-07-1999  Statutory Notice of Intent to Levy

05-20-2002  Statutory Notice of Intent to Levy

02-28-2005  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                       PAGE    7
```

Ex. 3 pg. 8

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                        EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1987


                                          ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION     OTHER DEBITS    CREDIT        DATE (23C,
                                          (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
04-10-2006 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    [PAGE    8]
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                            EIN/SSN:  ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1987
---------------------------------------------------------------------------------

BALANCE          8,957.92

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]

PRINT NAME: _____Linda L. Drake_____

TITLE: _____Supervisor Accounting Technician, Ogden W&I Submission Processing___

DELEGATION ORDER: ___SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 10/16/2006

FORM 4340  (REV. 01-2002)                          PAGE     9
```

Ex. 3 pg. 10