United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   Oct. 16, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▮▮▮ and Spouses SSN: ▮▮7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1988, consisting of eight pages ——————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 4**

Catalog Number 19002E                                        Form **2866** (Rev. 09-1997)

Ex. 4 pg. 1

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                    EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1988
                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                    154,383.00

            TAXABLE INCOME
                    140,970.00

            SELF EMPLOYMENT TAX
                    5,859.00

04-15-1989  RETURN FILED & TAX ASSESSED     44,917.00                  06-26-1989
            89221-117-20190-9   198924

            ESTIMATED TAX PENALTY              812.24                  06-26-1989
            19892408

            FAILURE TO PAY TAX                 673.75                  06-26-1989
            PENALTY
            19892408

            INTEREST ASSESSED                1,075.74                  06-26-1989
            19892408

01-18-1989  BANKRUPTCY SUIT PENDING

01-18-1989  BANKRUPTCY SUIT PENDING

03-14-1994  FAILURE TO PAY TAX                 673.75-
            PENALTY ABATED

01-12-1995  SUBSEQUENT PAYMENT                                3,116.83
            UNDESIGNATED BANKRUPTCY

01-27-1995  SUBSEQUENT PAYMENT                               13,700.03
            UNDESIGNATED BANKRUPTCY

03-29-1995  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

11-22-1995  BANKRUPTCY SUIT PENDING

FORM 4340   (REV. 01-2002)                  [PAGE    1]
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                         EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1988

                                   ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                   (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

04-12-1999  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

08-27-1999  FEDERAL TAX LIEN

11-09-1999  OFFER IN COMPROMISE
            PENDING

05-02-2002  OFFER IN COMPROMISE
            REJECTED

05-27-2002  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-10-2002  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

06-03-2002  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

08-20-2002  RECEIVED POA/TIA

09-23-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340    (REV. 01-2002)                      PAGE    2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                        EIN/SSN: █████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1988


                                     ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS  CREDIT       DATE (23C,
                                     (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

12-12-2003 REMOVED POA/TIA

02-09-2004 RECEIVED POA/TIA

05-19-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-19-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)                      [PAGE    3]
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1988


                                    ASSESSMENT,     PAYMENT,      ASSESSMENT
   DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                    (REVERSAL)      (REVERSAL)     RAC 006 )
----------------------------------------------------------------------------
06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-16-2004 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

08-23-2004 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

08-06-2004 OFFER IN COMPROMISE
           PENDING

08-30-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

09-24-2004 FEDERAL TAX LIEN

02-04-2005 OFFER IN COMPROMISE
           WITHDRAWN

FORM 4340  (REV. 01-2002)                      [PAGE    4]
```

Ex. 4 pg. 5

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                          EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1988


                                    ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                    (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

03-07-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

04-18-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-18-2005  PENDING INSTALLMENT
            AGREEMENT

09-19-2005  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

11-09-2005  REVERSES PENDING
            INSTALLMENT AGREEMENT

02-06-2006  UPDATED POA/TIA

03-20-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

FORM 4340  (REV. 01-2002)                        PAGE     5
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1988

                                        ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)      RAC 006 )
--------------------------------------------------------------------------------

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-24-2006  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

05-29-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-12-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

03-12-2006  COLLECTION DUE PROCESS
            EQUIVELENT HEARING
            REQUEST RECEIVED

06-26-1989  Statutory Notice of Balance Due


FORM 4340   (REV. 01-2002)                       PAGE    6
```

Ex. 4 pg. 7

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                         EIN/SSN:  ████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1988

                                        ASSESSMENT,       PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT      DATE (23C,
                                        (REVERSAL)        (REVERSAL)   RAC 006 )
----------------------------------------------------------------------------------
10-02-1995  Statutory Notice of Intent to Levy

06-07-1999  Statutory Notice of Intent to Levy

05-20-2002  Statutory Notice of Intent to Levy

02-28-2005  Statutory Notice of Intent to Levy

04-10-2006  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                     PAGE    7
```

Ex. 4 pg. 8

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                          EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1988
------------------------------------------------------------------------------

BALANCE         29,988.12

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:  /s/ Linda L. Drake
PRINT NAME:   Linda L. Drake
TITLE:        Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 10/16/2006

FORM 4340   (REV. 01-2002)                          [ PAGE    8 ]
```

Ex. 4 pg. 9