

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Oct. 16, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▓▓▓▓ and Spouses SSN: ▓▓▓▓ U.S. Individual Income Tax Return (Form 1040), for the tax period December ▓▓▓▓ ing of nine pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 5**

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

Ex. 5 pg. 1

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989
                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                  76,568.00

           TAXABLE INCOME
                  66,635.00

           SELF EMPLOYMENT TAX
                   6,250.00

10-16-1990 RETURN FILED & TAX ASSESSED               20,884.00          11-12-1990
           89221-286-70528-0   199044

04-15-1990 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1990

04-15-1990 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-1990

           ESTIMATED TAX PENALTY                        378.00          11-12-1990
           19904408

           FAILURE TO PAY TAX                           730.94          11-12-1990
           PENALTY
           19904408

           INTEREST ASSESSED                          1,370.91          11-12-1990
           19904408

03-25-1992 RENUMBERED RETURN
           89247-487-61675-2

11-22-1995 BANKRUPTCY SUIT PENDING

11-22-1995 LEGAL SUIT PENDING

04-12-1999 LEGAL/BANKRUPTCY SUIT NO
           LONGER PENDING

05-20-1999 RECEIVED POA/TIA

FORM 4340  (REV. 01-2002)                    [PAGE    1]
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:  ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989

                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                       (REVERSAL)       (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
06-22-1999 UPDATED POA/TIA

08-27-1999 FEDERAL TAX LIEN

11-09-1999 OFFER IN COMPROMISE
           PENDING

01-17-2000 REMOVED POA/TIA

02-21-2000 RECEIVED POA/TIA

10-09-2001 OVERPAID CREDIT APPLIED                        7.38
           1040       200012

05-02-2002 OFFER IN COMPROMISE
           REJECTED

05-27-2002 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-10-2002 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

06-03-2002 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)                       PAGE    2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN: ███-██-████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989

                                        ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT        DATE (23C,
                                        (REVERSAL)     (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

09-23-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-12-2003  REMOVED POA/TIA

02-09-2004  RECEIVED POA/TIA

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)                          [PAGE    3]
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                         EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989

                                     ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                     (REVERSAL)      (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

06-11-2004  FEDERAL TAX LIEN

07-12-2004  FEES AND COLLECTION COSTS                    21.00

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-16-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-23-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

08-06-2004  OFFER IN COMPROMISE
            PENDING

FORM 4340   (REV. 01-2002)                     PAGE    4
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN:    
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989

                                   ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT     DATE (23C,
                                   (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

08-30-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

09-24-2004 FEDERAL TAX LIEN

02-04-2005 OFFER IN COMPROMISE
           WITHDRAWN

03-07-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-14-2005 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

04-18-2005 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-18-2005 PENDING INSTALLMENT
           AGREEMENT

09-19-2005 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

11-09-2005 REVERSES PENDING
           INSTALLMENT AGREEMENT

FORM 4340  (REV. 01-2002)                        PAGE    5
```

Ex. 5 pg. 6

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN:  ████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989


                                       ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                       (REVERSAL)     (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------
02-06-2006  UPDATED POA/TIA

03-20-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS VOIDED AND NOT
            MAILED

FORM 4340   (REV. 01-2002)                        PAGE    6
```

Ex. 5 pg. 7

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                           EIN/SSN:  ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989

                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
04-24-2006  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

05-29-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-12-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

06-12-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

06-12-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

03-12-2006  COLLECTION DUE PROCESS
            EQUIVALENT HEARING
            REQUEST RECEIVED

11-12-1990  Statutory Notice of Balance Due

10-02-1995  Notice of Balance Due

11-06-1995  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                     PAGE    7
```

Ex. 5 pg. 8

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989

                                      ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT         DATE (23C,
                                      (REVERSAL)      (REVERSAL)      RAC 006 )
-------------------------------------------------------------------------------
06-07-1999  Statutory Notice of Intent to Levy

05-20-2002  Statutory Notice of Intent to Levy

02-28-2005  Statutory Notice of Intent to Levy

04-10-2006  Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                    PAGE     8
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1989
-----------------------------------------------------------------------------

BALANCE         23,377.47

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:     Linda L. Drake
TITLE:          Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 10/16/2006

FORM 4340   (REV. 01-2002)                    PAGE     9
```