

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  Oct. 16, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▮▮▮▮ and Spouses SSN: ▮▮▮▮7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1991, consisting of eight pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 6**

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

Ex. 6 pg. 1

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                           EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991
                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                 57,109.00

            TAXABLE INCOME
                 37,144.00

            SELF EMPLOYMENT TAX
                  7,861.00

10-14-1992  RETURN FILED & TAX ASSESSED                   13,836.00     11-16-1992
            89221-291-00105-2   199245

04-15-1992  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-1992

08-14-1992  EXTENSION OF TIME TO FILE
            EXT. DATE   10-15-1992

            FAILURE TO PAY TAX                            553.44        11-16-1992
            PENALTY
            19924508

            INTEREST ASSESSED                             647.05        11-16-1992
            19924508

11-22-1995  BANKRUPTCY SUIT PENDING

11-22-1995  LEGAL SUIT PENDING

04-12-1999  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

05-20-1999  RECEIVED POA/TIA

06-22-1999  UPDATED POA/TIA

08-27-1999  FEDERAL TAX LIEN

11-09-1999  OFFER IN COMPROMISE
            PENDING

FORM 4340   (REV. 01-2002)                       PAGE   1
```

Ex. 6 pg. 2

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                      EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991


                                         ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE          EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

01-17-2000  REMOVED POA/TIA

02-21-2000  RECEIVED POA/TIA

05-02-2002  OFFER IN COMPROMISE
            REJECTED

05-27-2002  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-10-2002  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

06-03-2002  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-23-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-12-2003  REMOVED POA/TIA

02-09-2004  RECEIVED POA/TIA

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                          PAGE    2
```

Ex. 6 pg. 3

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1991

                                    ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE (23C,
                                    (REVERSAL)       (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------
05-19-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

06-11-2004 FEDERAL TAX LIEN

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340   (REV. 01-2002)                        PAGE    3
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:  

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------

08-16-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-23-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

08-06-2004  OFFER IN COMPROMISE
            PENDING

08-30-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-24-2004  FEDERAL TAX LIEN

02-04-2005  OFFER IN COMPROMISE
            WITHDRAWN

03-07-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340   (REV. 01-2002)                      [PAGE    4]
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991


                                       ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                       (REVERSAL)      (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------

04-18-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-18-2005  PENDING INSTALLMENT
            AGREEMENT

09-19-2005  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

11-09-2005  REVERSES PENDING
            INSTALLMENT AGREEMENT

02-06-2006  UPDATED POA/TIA

03-20-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

FORM 4340   (REV. 01-2002)                          PAGE    5
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                      EIN/SSN: ███████ 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991


                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
04-17-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

04-17-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

04-24-2006   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

05-29-2006   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

06-12-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

03-12-2006   COLLECTION DUE PROCESS
             EQUIVALENT HEARING
             REQUEST RECEIVED

11-16-1992   Statutory Notice of Balance Due

10-02-1995   Notice of Balance Due

11-06-1995   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                      PAGE    6
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                           EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991


                                       ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------
06-07-1999 Statutory Notice of Intent to Levy

05-20-2002 Statutory Notice of Intent to Levy

02-28-2005 Statutory Notice of Intent to Levy

04-10-2006 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                        PAGE    7
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                      EIN/SSN:    [redacted]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1991
------------------------------------------------------------------------------


BALANCE         15,036.49

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:    Linda L. Drake
TITLE:         Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/16/2006

FORM 4340  (REV. 01-2002)                   PAGE     8
```

Ex. 6 pg. 9