

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   Oct. 16, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▮▮▮▮▮▮ and Spouses SSN: ▮▮▮7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1992, consisting of eight pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 7**

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

Ex. 7 pg. 1

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN:
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1992
                                        ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                        (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  63,776.00

            TAXABLE INCOME
                  38,217.00

            SELF EMPLOYMENT TAX
                   2,437.00

10-08-1993  RETURN FILED & TAX ASSESSED                 8,486.00      11-08-1993
            89221-282-12125-3   199343

04-15-1993  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-1993

08-12-1993  EXTENSION OF TIME TO FILE
            EXT. DATE   10-15-1993

            FAILURE TO PAY TAX                           297.01       11-08-1993
            PENALTY
            19934308

            INTEREST ASSESSED                            343.63       11-08-1993
            19934308

11-22-1995  BANKRUPTCY SUIT PENDING

11-22-1995  LEGAL SUIT PENDING

04-12-1999  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

05-20-1999  RECEIVED POA/TIA

06-22-1999  UPDATED POA/TIA

08-27-1999  FEDERAL TAX LIEN

11-09-1999  OFFER IN COMPROMISE
            PENDING

FORM 4340   (REV. 01-2002)                      [ PAGE    1 ]
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1992

                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                       (REVERSAL)       (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
01-17-2000 REMOVED POA/TIA

02-21-2000 RECEIVED POA/TIA

05-02-2002 OFFER IN COMPROMISE
           REJECTED

05-27-2002 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-10-2002 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

06-03-2002 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

09-23-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

12-12-2003 REMOVED POA/TIA

02-09-2004 RECEIVED POA/TIA

05-19-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                         PAGE   2
```

```
                 CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN: ▓▓▓▓▓▓▓▓▓


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1992


                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                         (REVERSAL)     (REVERSAL)      RAC 006 )
-------------------------------------------------------------------------------------
05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

06-11-2004  FEDERAL TAX LIEN

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

FORM 4340  (REV. 01-2002)                               PAGE    3
```

Ex. 7 pg. 4

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1992

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
08-16-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-23-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

08-06-2004  OFFER IN COMPROMISE
            PENDING

08-30-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-24-2004  FEDERAL TAX LIEN

02-04-2005  OFFER IN COMPROMISE
            WITHDRAWN

03-07-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340   (REV. 01-2002)                         PAGE    4
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1992

                                      ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                      (REVERSAL)     (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
04-18-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-18-2005  PENDING INSTALLMENT
            AGREEMENT

09-19-2005  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

11-09-2005  REVERSES PENDING
            INSTALLMENT AGREEMENT

02-06-2006  UPDATED POA/TIA

03-20-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

FORM 4340  (REV. 01-2002)                        [PAGE    5]
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1992


                                          ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION     OTHER DEBITS      CREDIT        DATE (23C,
                                          (REVERSAL)        (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
04-17-2006 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

04-17-2006 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

04-24-2006 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

05-29-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-12-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

03-12-2006 COLLECTION DUE PROCESS
           EQUIVALENT HEARING
           REQUEST RECEIVED

11-08-1993 Statutory Notice of Balance Due

10-02-1995 Notice of Balance Due

11-06-1995 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                        [PAGE    6]
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                     EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1992


                                 ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                 (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------
06-07-1999 Statutory Notice of Intent to Levy

05-20-2002 Statutory Notice of Intent to Levy

02-28-2005 Statutory Notice of Intent to Levy

04-10-2006 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                  (PAGE    7)
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                            EIN/SSN:    [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1992
-------------------------------------------------------------------------------

BALANCE           9,126.64

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:    Linda L. Drake
TITLE:         Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/16/2006
FORM 4340  (REV. 01-2002)                      PAGE    8
```

Ex. 7 pg. 9