

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   Oct. 16, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▮▮▮▮▮▮▮▮▮ and Spouses SSN: ▮▮▮▮▮7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1993, consisting of eight pages ─────────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 8**

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

Ex. 8 pg. 1

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
         -------------------------------------------------------------------------
         ALEX & ANN CHERNABAEFF                        EIN/SSN: [REDACTED]


         TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
         FORM: 1040        TAX PERIOD: DEC 1993
                                                  ASSESSMENT,     PAYMENT,      ASSESSMENT
         DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT       DATE (23C,
                                                  (REVERSAL)     (REVERSAL)     RAC 006 )
         -------------------------------------------------------------------------
                      ADJUSTED GROSS INCOME
                              29,659.00

                      TAXABLE INCOME
                              16,095.00

                      SELF EMPLOYMENT TAX
                               2,440.00

         10-14-1994   RETURN FILED & TAX ASSESSED                   4,851.00     11-14-1994
                      89221-288-62804-4   199444

         04-15-1994   EXTENSION OF TIME TO FILE
                      EXT. DATE   08-15-1994

         04-15-1994   EXTENSION OF TIME TO FILE
                      EXT. DATE   10-15-1994

                      FAILURE TO PAY TAX                              169.78     11-14-1994
                      PENALTY
                      19944408

                      INTEREST ASSESSED                               227.50     11-14-1994
                      19944408

         11-22-1995   BANKRUPTCY SUIT PENDING

         11-22-1995   LEGAL SUIT PENDING

         04-12-1999   LEGAL/BANKRUPTCY SUIT NO
                      LONGER PENDING

         05-20-1999   RECEIVED POA/TIA

         06-22-1999   UPDATED POA/TIA

         08-27-1999   FEDERAL TAX LIEN

         11-09-1999   OFFER IN COMPROMISE
                      PENDING

         FORM 4340   (REV. 01-2002)                          PAGE   1
```

Ex. 8 pg. 2

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                          EIN/SSN: ███████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993


                                        ASSESSMENT,      PAYMENT,        ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT          DATE (23C,
                                        (REVERSAL)       (REVERSAL)      RAC 006 )
------------------------------------------------------------------------------------

01-17-2000  REMOVED POA/TIA

02-21-2000  RECEIVED POA/TIA

05-02-2002  OFFER IN COMPROMISE
            REJECTED

05-27-2002  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-10-2002  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

06-03-2002  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-23-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-12-2003  REMOVED POA/TIA

02-09-2004  RECEIVED POA/TIA

05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                           [PAGE    2]
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                           EIN/SSN:  ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993


                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
05-19-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-16-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

FORM 4340   (REV. 01-2002)                           PAGE    3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                       EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993

                                      ASSESSMENT,        PAYMENT,        ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT          DATE (23C,
                                      (REVERSAL)        (REVERSAL)       RAC 006 )
--------------------------------------------------------------------------------

08-23-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

08-06-2004  OFFER IN COMPROMISE
            PENDING

08-30-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

10-08-2004  FEDERAL TAX LIEN

11-01-2004  FEES AND COLLECTION COSTS                    21.00

02-04-2005  OFFER IN COMPROMISE
            WITHDRAWN

03-07-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

04-18-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                       [PAGE    4]
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                            EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------

05-18-2005   PENDING INSTALLMENT
             AGREEMENT

09-19-2005   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

11-09-2005   REVERSES PENDING
             INSTALLMENT AGREEMENT

02-06-2006   UPDATED POA/TIA

03-20-2006   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

04-17-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

04-17-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

04-17-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

FORM 4340   (REV. 01-2002)                           PAGE   5
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN:  ▓▓▓▓▓▓▓


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993

                                       ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT         DATE (23C,
                                       (REVERSAL)      (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------
04-17-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

04-17-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS VOIDED AND NOT
             MAILED

04-24-2006   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

05-29-2006   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

06-12-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

06-12-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

06-12-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

FORM 4340  (REV. 01-2002)                         PAGE    6
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993

                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                    (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------
03-12-2006  COLLECTION DUE PROCESS
            EQUIVALENT HEARING
            REQUEST RECEIVED

11-14-1994  Statutory Notice of Balance Due

10-02-1995  Notice of Balance Due

11-06-1995  Statutory Notice of Intent to Levy

06-07-1999  Statutory Notice of Intent to Levy

05-20-2002  Statutory Notice of Intent to Levy

02-28-2005  Statutory Notice of Intent to Levy

04-10-2006  Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                    [PAGE    7]
```

Ex. 8 pg. 8

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                         EIN/SSN:     [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1993
-------------------------------------------------------------------------------


BALANCE           5,269.28


-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:         Linda L. Drake

TITLE:              Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/16/2006

FORM 4340   (REV. 01-2002)                   [ PAGE    8 ]
```