

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   Oct. 16, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▓▓▓▓▓ and Spouses SSN: ▓▓▓▓▓7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1996, consisting of eight pages ——————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*
Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

EXHIBIT 9

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

Ex. 9 pg. 1

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996
                                            ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION     OTHER DEBITS     CREDIT        DATE (23C,
                                            (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                     15,526.00

             TAXABLE INCOME
                      2,126.00

             SELF EMPLOYMENT TAX
                      1,764.00

10-17-1997   RETURN FILED & TAX ASSESSED                      2,085.00     11-24-1997
             89221-298-92836-7    199746

04-14-1997   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1997

04-14-1997   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1997

04-15-1997   EXTENSION OF TIME TO FILE
             EXT. DATE   10-15-1997

             FAILURE TO PAY TAX                                   83.40    11-24-1997
             PENALTY
             19974608

             INTEREST ASSESSED                                   117.84    11-24-1997
             19974608

05-20-1999   RECEIVED POA/TIA

06-22-1999   UPDATED POA/TIA

08-27-1999   FEDERAL TAX LIEN

11-09-1999   OFFER IN COMPROMISE
             PENDING

01-17-2000   REMOVED POA/TIA

02-21-2000   RECEIVED POA/TIA

FORM 4340    (REV. 01-2002)                 [PAGE    1]
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1996

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

05-02-2002   OFFER IN COMPROMISE
             REJECTED

05-27-2002   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

06-10-2002   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

06-03-2002   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

09-23-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

12-12-2003   REMOVED POA/TIA

02-09-2004   RECEIVED POA/TIA

05-19-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

05-19-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)                        [PAGE    2]
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                          EIN/SSN:   [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996


                                        ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT       DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

05-20-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

05-20-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

05-20-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

05-20-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

06-28-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-05-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-16-2004   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

FORM 4340    (REV. 01-2002)                       PAGE     3
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN:
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


                                    ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
08-23-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

08-06-2004  OFFER IN COMPROMISE
            PENDING

08-30-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-24-2004  FEDERAL TAX LIEN

02-04-2005  OFFER IN COMPROMISE
            WITHDRAWN

03-07-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

04-18-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                    [PAGE   4]
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                       EIN/SSN:  ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

                                    ASSESSMENT,        PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT       DATE (23C,
                                    (REVERSAL)        (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------
05-18-2005 PENDING INSTALLMENT
           AGREEMENT

09-19-2005 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

11-09-2005 REVERSES PENDING
           INSTALLMENT AGREEMENT

02-06-2006 UPDATED POA/TIA

03-20-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-17-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

04-17-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

04-17-2006 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

FORM 4340   (REV. 01-2002)                      [PAGE    5]
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                   EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

                                    ASSESSMENT,     PAYMENT,      ASSESSMENT
 DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------
04-17-2006 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

04-24-2006 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

05-29-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-12-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

03-12-2006 COLLECTION DUE PROCESS
           EQUIVALENT HEARING
           REQUEST RECEIVED

11-24-1997 Statutory Notice of Balance Due

06-07-1999 Notice of Balance Due

07-12-1999 Statutory Notice of Intent to Levy

05-20-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                   [PAGE    6]
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN:  ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

                                     ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                     (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
02-28-2005  Statutory Notice of Intent to Levy

04-10-2006  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                      PAGE    7
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996
------------------------------------------------------------------------------

BALANCE           2,286.24

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:     Linda L. Drake
TITLE:          Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/16/2006
FORM 4340   (REV. 01-2002)                    [PAGE    8]
```