

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   Oct. 16, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▮▮▮▮ and Spouses SSN: ▮▮▮7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1997, consisting of ten pages ─────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

EXHIBIT 10

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

Ex. 10 pg. 1

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                        EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997
                                            ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION     OTHER DEBITS     CREDIT         DATE (23C,
                                            (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                    24,135.00

             TAXABLE INCOME
                    10,335.00

             SELF EMPLOYMENT TAX
                     2,282.00

08-16-1998   RETURN FILED & TAX ASSESSED         3,831.00                   09-14-1998
             89221-228-05441-8  199835

04-15-1998   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1998

04-15-1998   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1998

             FAILURE TO PAY TAX                     95.77                   09-14-1998
             PENALTY
             19983508

             INTEREST ASSESSED                     129.77                   09-14-1998
             19983508

             FAILURE TO PAY TAX                     38.32                   05-10-1999
             PENALTY
             19991708

             RESTRICTED INTEREST                    38.16                   05-10-1999
             ASSESSED
             19991708

             ADDITIONAL TAX ASSESSED                 0.00                   05-10-1999
             19254-509-06833-9  19991708

05-20-1999   RECEIVED POA/TIA

             FAILURE TO PAY TAX                     38.32                   07-05-1999
             PENALTY
             19992508

FORM 4340   (REV. 01-2002)                  [PAGE   1]
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
 -------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                         EIN/SSN:  ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE      EXPLANATION OF TRANSACTION     OTHER DEBITS     CREDIT       DATE (23C,
                                         (REVERSAL)       (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
          RESTRICTED INTEREST                               51.03      07-05-1999
          ASSESSED
          19992508

          ADDITIONAL TAX ASSESSED                            0.00      07-05-1999
          89254-566-18073-9   19992508

06-22-1999 UPDATED POA/TIA

08-27-1999 FEDERAL TAX LIEN

11-09-1999 OFFER IN COMPROMISE
           PENDING

01-17-2000 REMOVED POA/TIA

02-21-2000 RECEIVED POA/TIA

05-02-2002 OFFER IN COMPROMISE
           REJECTED

           FAILURE TO PAY TAX                              785.35      06-03-2002
           PENALTY
           20022108

           RESTRICTED INTEREST                           1,076.86      06-03-2002
           ASSESSED
           20022108

FORM 4340  (REV. 01-2002)              [PAGE    2]
```



Ex. 10 pg. 3

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ALEX & ANN CHERNABAEFF                        EIN/SSN:  ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1997


                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE           EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT       DATE (23C,
                                         (REVERSAL)       (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

               ADDITIONAL TAX ASSESSED                     0.00         06-03-2002
               29254-536-18009-2  20022108

05-27-2002     MODULE IN FEDERAL PAYMENT
               LEVY PROGRAM

06-10-2002     FEDERAL PAYMENT MATCHED
               OR LEVIED THROUGH FEDERAL
               PAYMENT LEVY PROGRAM
               GENERATED AND MAILED

06-03-2002     MODULE REVERSED OUT OF
               FEDERAL PAYMENT LEVY
               PROGRAM

09-23-2002     MODULE BLOCKED OR
               RELEASED FROM FEDERAL
               PAYMENT LEVY PROGRAM

12-12-2003     REMOVED POA/TIA

02-09-2004     RECEIVED POA/TIA

05-19-2004     INTENT TO LEVY COLLECTION
               DUE PROCESS NOTICE
               LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                    [PAGE    3]
```

Ex. 10 pg. 4

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN: ████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                       (REVERSAL)       (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------
05-19-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-16-2004 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

FORM 4340  (REV. 01-2002)                           PAGE    4
```

Ex. 10 pg. 5

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: ███


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1997


                                    ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                    (REVERSAL)      (REVERSAL)      RAC 006 )
-------------------------------------------------------------------------------

08-23-2004 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

08-06-2004 OFFER IN COMPROMISE
           PENDING

08-30-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

09-24-2004 FEDERAL TAX LIEN

02-04-2005 OFFER IN COMPROMISE
           WITHDRAWN

03-07-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-14-2005 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

           RESTRICTED INTEREST                        921.88        04-11-2005
           ASSESSED
           20051308

FORM 4340  (REV. 01-2002)                      PAGE   5
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                           EIN/SSN:
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997


                                          ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                          (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------
             ADDITIONAL TAX ASSESSED                         0.00         04-11-2005
             89254-482-05063-5   20051308

             INTEREST ASSESSED                              15.56         04-11-2005
             20051308

05-16-2005   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

05-18-2005   PENDING INSTALLMENT
             AGREEMENT

09-19-2005   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

11-09-2005   REVERSES PENDING
             INSTALLMENT AGREEMENT

02-06-2006   UPDATED POA/TIA

03-20-2006   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

04-17-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

FORM 4340   (REV. 01-2002)                    [PAGE    6]
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1997


                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
04-17-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-17-2006  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

04-24-2006  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

05-29-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-12-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

03-12-2006  COLLECTION DUE PROCESS
            EQUIVALENT HEARING
            REQUEST RECEIVED

09-14-1998  Statutory Notice of Balance Due


FORM 4340   (REV. 01-2002)                     PAGE    7
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:  ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997

                                       ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                       (REVERSAL)      (REVERSAL)      RAC 006 )
---------------------------------------------------------------------------------
05-10-1999  Statutory Notice of Balance Due
06-14-1999  Notice of Balance Due
07-05-1999  Statutory Notice of Balance Due
07-19-1999  Statutory Notice of Intent to Levy
05-20-2002  Statutory Notice of Intent to Levy
06-03-2002  Statutory Notice of Balance Due
02-28-2005  Statutory Notice of Intent to Levy
03-28-2005  Statutory Notice of Intent to Levy
04-11-2005  Statutory Notice of Balance Due

FORM 4340   (REV. 01-2002)                    PAGE     8
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                        EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997

                                          ASSESSMENT,      PAYMENT,        ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT          DATE (23C,
                                          (REVERSAL)       (REVERSAL)      RAC 006 )
---------------------------------------------------------------------------------
04-10-2006 Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                     [PAGE     9]
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1997
------------------------------------------------------------------------------

BALANCE        7,022.02

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:  Linda L. Drake
TITLE:       Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 10/16/2006
FORM 4340  (REV. 01-2002)                          PAGE  10
```