

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   Oct. 16, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Alex & Ann Chernabaeff, SSN: ▮▮▮▮▮ and Spouses SSN: ▮▮▮7360, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1998, consisting of seven pages ─────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 11**

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

Ex. 11 pg. 1

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                          EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1998
                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                   13,252.00

             SELF EMPLOYMENT TAX
                      703.00

10-01-1999   RETURN FILED & TAX ASSESSED                  703.00        11-01-1999
             89221-275-47410-9   199942

04-15-1999   EXTENSION OF TIME TO FILE
             EXT. DATE    08-15-1999

05-20-1999   RECEIVED POA/TIA

04-15-1999   EXTENSION OF TIME TO FILE
             EXT. DATE    10-15-1999

             FAILURE TO PAY TAX                           24.60         11-01-1999
             PENALTY
             19994208

             INTEREST ASSESSED                            31.50         11-01-1999
             19994208

11-09-1999   OFFER IN COMPROMISE
             PENDING

01-17-2000   REMOVED POA/TIA

02-21-2000   RECEIVED POA/TIA

05-02-2002   OFFER IN COMPROMISE
             REJECTED

09-23-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                        PAGE    1
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

                                      ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT        DATE (23C,
                                      (REVERSAL)     (REVERSAL)     RAC 006 )
----------------------------------------------------------------------------
12-12-2003 REMOVED POA/TIA

02-09-2004 RECEIVED POA/TIA

05-21-2004 FEDERAL TAX LIEN

06-14-2004 FEES AND COLLECTION COSTS                   21.00

05-19-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-19-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-20-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)                     PAGE    2
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN: █████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                       ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT        DATE (23C,
                                       (REVERSAL)    (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
05-20-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-16-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-23-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

08-06-2004  OFFER IN COMPROMISE
            PENDING

08-30-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340   (REV. 01-2002)                          PAGE    3
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------------
09-24-2004  FEDERAL TAX LIEN

02-04-2005  OFFER IN COMPROMISE
            WITHDRAWN

03-07-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

04-18-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-18-2005  PENDING INSTALLMENT
            AGREEMENT

09-19-2005  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

11-09-2005  REVERSES PENDING
            INSTALLMENT AGREEMENT

02-06-2006  UPDATED POA/TIA

FORM 4340   (REV. 01-2002)                         [ PAGE    4 ]
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                    EIN/SSN: ■■■■■■■■


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998


                                    ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                    (REVERSAL)     (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
03-20-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-17-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

04-17-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

04-17-2006 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

04-17-2006 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

04-24-2006 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

05-29-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340   (REV. 01-2002)                       PAGE    5
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN: ███-██-████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


                                    ASSESSMENT,      PAYMENT,        ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                    (REVERSAL)       (REVERSAL)       RAC 006 )
-------------------------------------------------------------------------------
06-12-2006  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

03-12-2006  COLLECTION DUE PROCESS
            EQUIVALENT HEARING
            REQUEST RECEIVED

11-01-1999  Statutory Notice of Balance Due

11-22-1999  Statutory Notice of Intent to Levy

05-20-2002  Statutory Notice of Intent to Levy

02-28-2005  Statutory Notice of Intent to Levy

04-10-2006  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)               [PAGE   6]
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
ALEX & ANN CHERNABAEFF                      EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
-----------------------------------------------------------------------------------

BALANCE            780.10

-----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:       Linda L. Drake
TITLE:            Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/16/2006

FORM 4340  (REV. 01-2002)                    PAGE   7
```