IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-640 T
(Judge Firestone)

ALEX W. AND ANN CHERBANAEFF,

Plaintiffs,

v.

THE UNITED STATES,

Defendant

**STATUS REPORT**

Defendant, the United States, respectfully gives notice to the Court of the recent disposition of the complaint filed in *Leshin v. United States*, Fed. Cl. No. 06-637 T, which raised jurisdictional issues virtually identical to those raised in the complaint filed in this case.[1] As the Court is aware, defendant filed a motion to dismiss the complaint in this case, based on lack of subject-matter jurisdiction, on January 12, 2007. On January 5, 2007, we filed a similar motion to dismiss the complaint in *Leshin*. A copy of the Court's order in *Leshin*, filed January 11, 2007, is attached hereto as Exhibit 3.

[1]Another complaint raising virtually identical jurisdictional issues was filed on September 7, 2006, in *Locke v. United States*, Fed. Cl. No. 06-629 T. We are also filing a status report today in that case. Copies of the complaints filed in *Leshin* and *Locke* are attached hereto as Exhibits 1 and 2, respectively. The plaintiffs in both cases are represented by Jeffrey D. Moffatt, Esquire, counsel for the plaintiffs in this case.

Respectfully submitted,

January 17, 2007

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

January 17, 2007

Of Counsel