**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 6-640 T (Judge Nancy B. Firestone)

ALEX AND ANN
CHERNABAEFF,

Plaintiff,

v.

THE UNITED STATES,
Defendant

No. 6-640 T
(Judge Nancy B.
Firestone)

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the Plaintiff respectfully requests that the Court enlarge the deadline for responding to the complaint in this case by sixty days, so that the response will be due on April 12, 2007. The current due date is February 12th, 2007. This is Plaintiff's first request for an enlargement, and defendant's counsel has stated that plaintiff does not oppose the enlargement.

The Plaintiff requests this extension for the following reasons:

Heavy case load combined with the fact that granting this enlargement will prejudice neither party. Accordingly, Plaintiff and unopposed by Defendant, respectfully request that the Court enlarge the time for responding to the complaint by sixty days- to April 12th, 2007.

Respectfully submitted,

s/Jeffrey D. Moffatt
Jeff Moffatt, Esq.
43625 N Sierra Hwy, Suite A
Lancaster, CA 93534
661 9456121
Fax 661 9453019
Jeffreymbajd@hotmail.com