CERTIFICATE OF FILING

I hereby certify that on January 31, 2007, a copy of the foregoing " Plaintiff's Unopposed Motion For An Enlargement of Time For Responding to Defendant's Motion To Dismiss" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.