# In the United States Court of Federal Claims

**No. 06-640T**
**(Filed: February 2, 2007)**

* * * * * * * * * * * * * * * * *
*
**ALEX and ANN CHERBANAEFF,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiffs' unopposed motion, filed January 31, 2007, for a 60-day enlargement of time within which to respond to defendant's motion to dismiss is **GRANTED**. Accordingly, plaintiffs shall file their response by **Thursday, April 12, 2007**. Defendant shall file its reply in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge