Department of the Treasury
**Internal Revenue Service**
Ogden, UT 84201-0025

**assistance, call:**
1-800-829-0922

**Notice Number:** CP49
**Date:** March 26, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 1988

091876.369286.0290.008 1 AT 0.308 630

ALEX CHERNABAEFF
%JEFFREY D MOFFATT
43625 SIERRA HWY STE A
LANCASTER CA 93534-5073731

)91876

For account of: ALEX & ANN CHERNABAEFF

## Overpaid Tax Applied to Other Taxes You Owe

We applied $15,474.76 of the overpaid tax on your 1988 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $15,474.76 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $15,474.76 |
| Total Amount Applied | $15,474.76 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied |
|---|---|---|
| 1040 | December 31, 1991 | $15,474.76 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account.



EXHIBIT 2P