CAF COPY 000303 198512 WI

IRS Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0030

Notice Number: CP 504
Notice Date: 04-10-2006

**SSN/EIN:** 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
**Caller ID:**

7112 7667 8556 1612 9161

**Backup withholding could apply!** If you don't pay the amount due, those who pay you interest and dividends could be required to withhold 31% from those payments.

ALEX CHERNABAEFF
%MIKE CHERNABAEFF
4412 MARELLA WAY
BAKERSFIELD CA 93309

*558383297101*

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

| | |
|---|---|
| Form: 1040 | Tax Period: 12-31-1985 |
| Current Balance: | $12,545.40 |
| Includes: | |
| Penalty: | $1,149.53 |
| Interest: | $11,279.89 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

**See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information.**

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 04-10-2006

*write on your check:*

| | | |
|---|---|---|
| 1040 | 12-31-1985 | 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 |

Amount Due: $12,545.40

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Internal Revenue Service

ALEX CHERNABAEFF
%MIKE CHERNABAEFF
4412 MARELLA WAY
BAKERSFIELD CA 93309

558383297 VJ CHER 30 0 198512 670 00001254540

IRS Department of the Treasury Internal Revenue Service
OGDEN, UT 84201-0039

Notice Number: CP 504
Notice Date: 02-26-2007
**SSN/EIN:** 95-2361492
**Caller ID:**

7112 7667 8556 1736 2185

ALEX CHERNABAEFF
%JEFFREY D MOFFATT
43625 SIERRA HWY STE A
LANCASTER CA 93534-5073

*952361492221*

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 943 | Tax Period: 12-31-1986

| | |
|---|---|
| **Current Balance:** | $3,658.19 |
| Includes: | |
| Penalty: | $78.54 |
| Interest: | $3,579.65 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0115

Questions? Call us at **1-800-829-0115**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 02-26-2007

*write on your check:*

| | | |
|---|---|---|
| 943 | 12-31-1986 | 95-2361492 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due: $3,658.19

RECEIVED 3/5/07

Internal Revenue Service
OGDEN, UT 84201-0039

ALEX CHERNABAEFF
%JEFFREY D MOFFATT
43625 SIERRA HWY STE A
LANCASTER CA 93534-5073

952361492 NK CHER 11 2 198612 670 00000365819

CAF COPY 000307 198712 WI

IRS Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0030

Notice Number: CP 504
Notice Date: 04-10-2006

**SSN/EIN:** 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
**Caller ID:**

7112 7667 8556 1612 9321

ALEX CHERNABAEFF
%MIKE CHERNABAEFF
4412 MARELLA WAY
BAKERSFIELD CA 93309

*558383297101*

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1040 | Tax Period: 12-31-1987

| | |
|---|---|
| Current Balance: | $82,601.94 |
| Includes: | |
| Penalty: | $1,314.98 |
| Interest: | $72,329.04 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

**See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information.**

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 04-10-2006

*write on your check:*

| | | |
|---|---|---|
| 1040 | 12-31-1987 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due: $82,601.94

Internal Revenue Service

ALEX CHERNABAEFF
%MIKE CHERNABAEFF
4412 MARELLA WAY
BAKERSFIELD CA 93309

558383297 VJ CHER 30 0 198712 670 00008260194

CAF COPY 000304 198812 WI

IRS Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0030

Notice Number: CP 504
Notice Date: 04-10-2006

**SSN/EIN:** 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
**Caller ID:**

7112 7667 8556 1612 9208

ALEX CHERNABAEFF
%MIKE CHERNABAEFF
4412 MARELLA WAY
BAKERSFIELD CA 93309

*558383297101*

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1040 | Tax Period: 12-31-1988

| | |
|---|---|
| Current Balance: | $145,048.32 |
| Includes: | |
| Penalty: | $7,025.03 |
| Interest: | $108,035.17 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

**See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information.**

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 04-10-2006

*write on your check:*

| | | |
|---|---|---|
| 1040 | 12-31-1988 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due: $145,048.32

Internal Revenue Service

ALEX CHERNABAEFF
%MIKE CHERNABAEFF
4412 MARELLA WAY
BAKERSFIELD CA 93309

558383297 VJ CHER 30 0 198812 670 00014504832