# In the United States Court of Federal Claims

**No. 06-640T**
**(Filed: April 17, 2007)**

* * * * * * * * * * * * * * * * * *
*
**ALEX and ANN CHERBANAEFF,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

The plaintiffs shall resubmit their Opposition to Defendant's Motion to Dismiss the Complaint, filed on April 12, 2007, with full and correct citations by **Wednesday, April 25, 2007.** This shall not affect the date for the government's reply, which is due on April 30, 2007.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge