# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2006**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| ALEX W CHERNABAEFF | 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 |

| Box 3. Benefits Paid in 2006 | Box 4. Benefits Repaid to SSA in 2006 | Box 5. Net Benefits for 2006 *(Box 3 minus Box 4)* |
|---|---|---|
| $15,074.00 | NONE | $15,074.00 |

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| ~~Paid by check or direct deposit~~ | ~~$13,561.10~~ |
| Benefit Payment Offset - Treasury | $1,512.90 |
| Total Additions | $15,074.00 |
| Benefits for 2006 | $15,074.00 |

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

ALEX W CHERNABAEFF
4412 MARELLA WY
BAKERSFIELD CA 93309-1736

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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A

Form **SSA-1099-SM** (1-2007)

**DO NOT RETURN THIS FORM TO SSA OR IRS**

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2006**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| ANN N CHERNABAEFF | 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 |

| Box 3. Benefits Paid in 2006 | Box 4. Benefits Repaid to SSA in 2006 | Box 5. Net Benefits for 2006 *(Box 3 minus Box 4)* |
|---|---|---|
| $6,932.00 | NONE | $6,932.00 |

CU0715809-11A9071E017

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| Paid by check or direct deposit | $6,501.50 |
| Benefit Payment Offset - Treasury | $430.50 |
| Total Additions | $6,932.00 |
| Benefits for 2006 | $6,932.00 |

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

ANN N CHERNABAEFF
4412 MARELLA WAY
BAKERSFIELD CA 93309-1736

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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B

CU0715809-11A9071E017

Form **SSA-1099-SM** (1-2007) DO NOT RETURN THIS FORM TO SSA OR IRS

EXHIBIT 5P 2 OF 2