IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-640 T
(Judge Firestone)

ALEX W. AND ANN CHERBANAEFF,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**SUPPLEMENTAL DECLARATION OF JOSEPH B. SYVERSON**

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 12.** Claim for Refund and Request for Abatement (Form 843) of taxes reported on Form 943 for the 1986 tax year, filed by plaintiffs with the IRS, dated December 1, 2006, and received by the IRS on December 5, 2006.

**Exhibit 13.** Claim for Refund and Request for Abatement (Form 843) of taxes reported on Form 940 for the 1988 tax year, filed by plaintiffs with the IRS, dated December 1, 2006, and received by the IRS on December 5, 2006.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 30, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508