# In the United States Court of Federal Claims

**No. 06-640T**
**(Filed: May 23, 2007)**

* * * * * * * * * * * * * * * * *
*
**ALEX and ANN CHERBANAEFF,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Oral Argument on the defendant's motion to dismiss shall be heard on **Wednesday, June 27, 2007 at 1:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be reached at the following numbers: counsel for plaintiff at (661) 945-6121; counsel for defendant at (202) 307-6508. The court will initiate the call.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge