# In the United States Court of Federal Claims

**No. 06-640T**
**(Filed: June 25, 2007)**

* * * * * * * * * * * * * * * * *
*
**ALEX and ANN CHERBANAEFF,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The parties shall be prepared to address the following issues in the order listed during the oral argument on the defendant's motion to dismiss, which is scheduled for Wednesday, June 27, 2007 at 1:30 p.m. eastern time:

(1) (a) Whether this court has jurisdiction over the plaintiffs' wrongful levy claim. The parties shall address the recent Supreme Court holding in EC Term of Years Trust v. United States, 2007 WL 1237845 (U.S. April 30, 2007).
(b) Whether the plaintiffs have stated a claim for wrongful levy. The parties shall address Greenlee County v. United States, 2007 WL 1391389 (May 14, 2007).
(c) The plaintiffs shall address their failure to pursue the administrative remedy provided for under 26 U.S.C. § 6330.

(2) Whether the court has jurisdiction over the plaintiffs' claims seeking review of the denial of the plaintiffs' offers in compromise.

(3) Whether the court has jurisdiction over the plaintiffs' tax refund claims. The parties shall address whether the plaintiffs have complied with the statutory procedures set forth in 26 U.S.C. §§ 7422(a) and 6532(a).

(4) Whether the court has jurisdiction over the plaintiffs' statutory interest claims under 26 U.S.C. § 6611(a). The plaintiffs shall provide the full and correct citation for the Amoco case they rely on in their briefing.

(5) Whether the court has jurisdiction over the plaintiffs' damage claims under 26 U.S.C. § 7433.

(6) Whether the plaintiffs have stated a claim under the Takings Clause. The parties shall address Acadia Tech., Inc. v. United States, 458 F.3d 1327, 1331 (2006).

(7) Whether the court has jurisdiction over the plaintiffs' Due Process claims.

(8) Whether the court has jurisdiction over the plaintiffs' claims for injunctive relief.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge