IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-640 T
(Judge Firestone)

ALEX W. AND ANN CHERBANAEFF,

Plaintiffs,

v.

THE UNITED STATES,

Defendant

**MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, the United States, respectfully moves this Court for leave to file the attached Notice of Supplemental Authority. The attached Notice informs the Court of the recent disposition of the complaint filed in *Locke v. United States*, Fed. Cl. No. 06-629 T. On July 10, 2007, the Court, in a published opinion, granted the United States's motion to dismiss the complaint in *Locke* for lack of subject-matter jurisdiction. The complaint and subsequent briefing in *Locke* raised jurisdictional issues virtually identical to those raised by plaintiffs in their complaint in this case, and in the briefing and oral argument held on defendant's pending motion to dismiss. Consequently, the Court's opinion in *Locke* may be of assistance to the Court in resolving the issues raised in defendant's pending motion to dismiss.

Respectfully submitted,

July 10, 2007

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ David Gustafson
Of Counsel

July 10, 2007