IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-640 T
(Judge Firestone)

---

ALEX W. AND ANN CHERBANAEFF,

Plaintiffs,

v.

THE UNITED STATES,

Defendant

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Defendant, the United States, respectfully gives notice to the Court of the recent disposition of the complaint filed in *Locke v. United States*, Fed. Cl. No. 06-629 T. In its Status Report filed with this Court on January 17, 2007, defendant gave the Court notice of the pending *Locke* complaint, which raised jurisdictional issues virtually identical to those raised in the complaint filed in this case. On July 10, 2007, the Court granted defendant's motion to dismiss for lack of subject-matter jurisdiction in *Locke*. A copy of the *Locke* opinion is attached hereto as Exhibit A.

Respectfully submitted,

July 10, 2007

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ David Gustafson

July 10, 2007

Of Counsel