# In the United States Court of Federal Claims

**No. 06-640T**
**(Filed: July 12, 2007)**

* * * * * * * * * * * * * * * * *
*
**ALEX and ANN CHERBANAEFF,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The government's motion, filed July 10, 2007, for leave to file a Notice of Supplemental Authority is **GRANTED**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge