# In the United States Court of Federal Claims

**No. 06-640 T**

**ALEX AND ANN CHERBANAEFF,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order Granting Government's Motion to Dismiss, filed July 12, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**July 13, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.