Jeff Moffatt, Esq.
Tax Bar MJ2204
43625 N Sierra Hwy, Suite A
Lancaster, CA 93534
Telephone: (661) 945-6121
Facsimile: (661) 945-3019
Email: **Jeffreymbajd@hotmail.com**

Attorney for Plaintiffs

ORIGINAL

FILED
AUG 29 2007
U.S. COURT OF FEDERAL CLAIMS

**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| **ALEX W. & ANN CHERBANAEFF,**<br><br>**PLAINTIFFS**<br>**- Vs. -**<br>**THE UNITED STATES,**<br><br>**DEFENDANT** | **NO.06-640 T**<br><br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs- ALEX W. & ANN CHERBANAEFF
Defendant – THE UNITED STATES

Notice is hereby given that Alex W. and Ann Cherbanaeff appeal to the United States Court of Appeals for the Federal Circuit on the decision for a summary judgement by the United States Court of Federal Claims. Enclosed is the filing fee of $455.00 (four hundred fifty-five) for the appeal.

Dated 8-20-07

By: [signature]

Jeff Moffatt, Attorney for Plaintiff

RECEIVED
AUG 24 2007
United States Court of Appeals For The Federal Circuit

Jeffrey D. Moffatt, Esq.
43625 N Sierra Hwy, Suite A
Lancaster, CA 93534
Tax Bar # MJ2204
Telephone: (661) 945-6121