NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
OCT 17 2007
U.S. COURT OF FEDERAL CLAIMS

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

10/17/07

cc: Clerk's Office, CFC
Jeffrey D. Moffatt
Kathleen E. Lyon

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
OCT 17 2007
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 10/17/07

CHERBANAEFF V US, 2007-5166
CFC - 06-CV-0640

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 10/17/07

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-5166

ALEX W. CHERBANAEFF and
ANN CHERBANAEFF,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

## O R D E R